IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | Misc. No. 1:06-MC-00169(RBW) |
| I. LEWIS LIBBY, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

**TO THE CLERK**: Please take notice that, on May 18, 2006, as directed by the Court during the May 16, 2006 hearing on the Motion of the New York Times Company to Quash Subpoena, documents of *The New York Times* responsive to the subpoena *duces tecum* issued by defendant I. Lewis Libby were delivered to the Chambers of the Honorable Reggie B. Walton for *in camera* review.

Respectfully submitted,

/s/ Charles S. Leeper
Charles S. Leeper (#310367)
Mary E. Kohart
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

George Freeman
Assistant General Counsel
THE NEW YORK TIMES COMPANY
229 W. 43rd Street, 12th Floor
New York, NY 10036

**Attorneys for The New York Times Company**

May 19, 2006

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 19th day of May, 2006, a copy of the foregoing **Praecipe** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

                                  /s/   Charles S. Leeper
                                     Charles S. Leeper